COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-018-CV

IN RE JAVIER CERDA, CULLEN COX RELATORS

AND RICKEY TURNER

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered Relators’ Petition for Writ of Mandamus and is of the opinion that the petition should be dismissed because Relators have no standing to challenge Real Party in Interest Wendy Davis’ eligibility to seek the nomination of the Democratic Party for State Senator of Texas, Senate District 10.  
E.g., Brown v. Todd
, 53 S.W.3d 297, 302-05 (Tex. 2001); 
Holland v. Taylor
, 153 Tex. 433, 435-36, 270 S.W.2d 219, 220-21 (1954); 
Yett v. Cook
, 115 Tex. 205, 217-20, 281 S.W. 837, 841-42 (1926).    

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL  A:  CAYCE, C.J.; HOLMAN and WALKER, JJ. 

DELIVERED:  January 23, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.